UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: AIR CRASH NEAR CLARENCE CENTER,   09-md-2085
NEW YORK ON FEBRUARY 12, 2009
------------------------------------------------------------------x   This Document Relates to:
Roger D. DesForges as Executor of the   1:10-cv-00194-WMS
Estate of Alison DesForges, deceased

                        Plaintiff,   **NOTICE OF MOTION**
                                                                         **TO COMPROMISE**
        v.   **THE CLAIM PURSUANT**
                                                                          **TO LOCAL RULE 41.1(c)**

COLGAN AIR INC.,
CONTINENTAL AIRLINES, INC. and
BOMBARDIER, INC. a/k/a
BOMBARDIER AEROSPACE, INC.

                        Defendants.
------------------------------------------------------------------x

| | |
|---|---|
| MOTION MADE BY: | Plaintiff Roger D. DesForges as Executor of the Estate of Alison DesForges, deceased |
| NATURE OF ACTION: | Negligence and Wrongful Death |
| DATE AND TIME: | As scheduled by the Court |
| PLACE: | Part IV, United States Courthouse, 68 Court Street, Buffalo, NY |
| SUPPORTING PAPERS: | Application for Compromise executed by Roger V. DesForges, Alexander T. DesForges, and Jessie B. DesForges; and, Attorney's Affidavit of Richard A. Grimm, III, Esq. |
| RELIEF REQUESTED: | Order approving settlement |
| GROUNDS FOR RELIEF: | Local Rule 41.1(c) |
| ORAL ARGUMENT: | Not requested |

Dated: Buffalo, New York
June 17, 2011

>Yours, etc.,
>
>MAGAVERN MAGAVERN GRIMM LLP
>
>By   s/Richard A. Grimm, III
>Richard A. Grimm, III, Esq.
>Attorneys for Plaintiff Roger D. DesForges as
>   Executor of the Estate of Alison DesForges,
>   deceased
>1100 Rand Building, 14 Lafayette Square
>Buffalo, New York  14203
>(716) 856-3500
>*rgrimm@magavern.com*

\15147.0001\273896.doc