UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

IN RE:  AIR CRASH NEAR CLARENCE CENTER,           09-md-2085
        NEW YORK ON FEBRUARY 12, 2009

                                                  This Document Relates to:
                                                  ALL CASES

_____

## JOINT STATUS MEMORANDUM

Defendants, Colgan Air, ("Colgan"), Pinnacle Airlines Corp. ("Pinnacle"), Continental Airlines, Inc. ("Continental"), Bombardier Aerospace Corp. and Bombardier Inc. ("Bombardier"), and FlightSafety International Inc. ("FlightSafety") (collectively "Defendants"), and all Plaintiffs by Plaintiffs' Liaison Counsel, Hugh M. Russ, III, respectfully submit this Joint Status Memorandum in anticipation of the Status Conference scheduled for October 5, 2011, at 11:30 a.m.

The parties have conferred, and all parties agree that the following issues should be addressed at the Status Conference:

1. Status of settlements/mediations;
2. Status of discovery;
    a. Depositions
    b. ESI
    c. Documents
3. Status of pending motions;
4. Expected motion practice based upon Colgan discovery responses;
5. Possible appointment of special discovery master;

      6.      Need to redefine Plaintiffs Committee;

      7.      Resolution of Duplicate Case Filings; and

      8.      Inspection of wreckage.

The parties are prepared to discuss these issues, as well as any other issues raised by the Court.

Dated: Buffalo, New York
October 3, 2011

Respectfully submitted,

| | |
|---|---|
| **HODGSON RUSS LLP**<br>*Plaintiffs' Liaison Counsel*<br><br>By:   <u>s/ Hugh M. Russ, III</u><br>       Hugh M. Russ, III<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202<br>Tel: (716) 856-4000<br>Fax: (716) 849-0349<br>*hruss@hodgsonruss.com* | **REED SMITH LLP**<br>*Attorneys for Defendant Continental Airlines, Inc.*<br><br>By:   <u>s/Oliver Beiersdorf</u><br>       Patrick E. Bradley<br>       Oliver Beiersdorf<br>599 Lexington Avenue, 22nd Floor<br>New York, New York 10022<br>Tel: (212) 521-5400<br>Fax: (212) 521-5450<br>*pbradley@reedsmith.com* |
| **CONDON & FORSYTH LLP**<br>*Attorneys for Defendants Colgan Air, Inc. and Pinnacle Airlines Corp.*<br><br>By:   <u>s/David J. Harrington</u><br>       David J. Harrington<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Tel: (212) 894-6780<br>Fax: (212) 370-4453<br>*dharrington@condonlaw.com* | **HARRIS BEACH LLP**<br>*Attorneys for Defendant Continental Airlines, Inc.*<br><br>By:   <u>s/Terrence P. Flynn</u><br>       Terrence P. Flynn<br>Larkin at Exchange<br>726 Exchange Street, Suite 1000<br>Buffalo, New York 14210<br>Tel: (716) 200-5050<br>Fax: (716) 200-5201<br>*tflynn@harrisbeach.com* |

| | |
|---|---|
| **GOLDBERG SEGALLA LLP**<br>*Attorneys for Defendants Colgan Air, Inc. and Pinnacle Airlines Corp.*<br><br>By:     s/Neil A. Goldberg<br>         Neil A. Goldberg<br>665 Main Street, Suite 400<br>Buffalo, New York   14203<br>Tel:  (716) 566-5475<br>Fax:  (716) 566-5401<br>*ngoldberg@goldbergsegalla.com* | **TREECE ALFREY MUSAT & BOSWORTH, P.C.**<br>*Attorneys for Defendants Bombardier Aerospace Corp. and Bombardier Inc.*<br><br>By:     s/L. Richard Musat<br>         L. Richard Musat<br>Denver Place, South Tower<br>999 18th Street, Suite 1600<br>Denver, Colorado  80202<br>Tel:  (303) 292-2700<br>Fax:  (303) 295-0414<br>*lrmusat@tablaw.com* |
| **SMITH & MOORE PLLC**<br>*Attorneys for FlightSafety International, Inc.*<br><br>By:     s/J. Michael Colpoys<br>         J. Michael Colpoys<br>3030 Lincoln Plaza<br>500 North Akard Street<br>Dallas, Texas  75201<br>Tel: (214-740-4200)<br>mcolpoys@smith-moore.com | **HAGERTY & BRADY**<br>*Attorneys for Defendants Bombardier Aerospace Corp. and Bombardier Inc.*<br><br>By:     s/Michael A. Brady<br>         Michael A. Brady<br>69 Delaware Avenue, Suite 1010<br>Buffalo, New York   14202<br>Tel:  (716) 856-9443<br>Fax:  (716) 856-0511<br>*mbrady@hagerty-brady.com* |