# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

IN RE: AIR CRASH NEAR CLARENCE CENTER, NEW YORK, ON FEBRUARY 12, 2009

NOTICE OF MOTION

09-md-2085

This Document Relates To:
ALL CASES

| | |
|---|---|
| MOTION BY: | Colgan Air, Inc. and Pinnacle Airlines Corp. (collectively, "Colgan"). |
| DATE, TIME AND PLACE OF MOTION: | On a date and time to be determined by the Court, before Hon. William M. Skretny, United States District Court, Western District of New York, 2 Niagara Square, Buffalo, New York 14202. |
| SUPPORTING PAPERS: | Memorandum of Law in support of Colgan's Motion for a Protective Order Pursuant to the Court's November 6, 2009 Order and Federal Rule of Civil Procedure 26(c); and Declaration of David J. Harrington in support of the Motion. |
| RELIEF REQUESTED: | A Protective Order prohibiting the disclosure, dissemination, release or revelation of, and permanently designating as "Confidential Information," all deposition transcripts, discovery documents and materials produced by Colgan. |
| ANSWERING PAPERS: | To be served in accordance with the Court's directive. |

Dated: November 17, 2011

                                        s/ David J. Harrington
                                          David J. Harrington

                                        CONDON & FORSYTH LLP
                                        Times Square Tower
                                        7 Times Square, 18th Floor
                                        New York, NY 10036
                                        Tel.:  (212) 894-6816
                                        Fax:  (212) 370-4453
                                        dharrington@condonlaw.com

- and -

GOLDBERG SEGALLA LLP
Neil A. Goldberg
665 Main Street, Suite 400
Buffalo, NY 14203
Tel.: (716) 566-5475
Fax: (716) 566-5401
ngoldberg@goldbergsegalla.com

*Attorneys for Defendants Colgan Air, Inc. and Pinnacle Airlines Corp.*