UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN RE: AIR CRASH NEAR CLARENCE CENTER,　　　　**ORDER**
NEW YORK, ON FEBRUARY 12, 2009,　　　　　　　　09-md-2085

　　　　　　　　　　　　　　　　　　　　　　　This document relates to:
　　　　　　　　　　　　　　　　　　　　　　　11-CV-118S

　　　　On June 21, 2012, Defendants Pinnacle Airlines Corp. and Colgan Air, Inc. filed a Motion to Vacate the Stay in this action to permit the completion of settlement and final dismissal of this individual action with prejudice. (Docket No. 150.[1]) Plaintiffs consent to the relief requested and the bankruptcy court has lifted the automatic stay based on the parties' stipulation. (See Declaration of David J. Harrington, Docket No. 150-1, ¶¶ 7, 8.)

　　　　IT HEREBY IS ORDERED, that Defendants' Motion to Vacate the Stay (MDL Docket No. 1017; Civil Docket No. 150) is GRANTED.

　　　　FURTHER, that this Court's Order staying this case (MDL Docket No. 983) is hereby vacated for the sole purpose of permitting the parties to complete settlement and final dismissal of this individual action with prejudice.

　　　　FURTHER, that for all other purposes, this Court's Order staying this case remains in effect.

　　　　SO ORDERED.

Dated:　June 24, 2012
　　　　Buffalo, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/William M. Skretny
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM M. SKRETNY
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

---

[1] Unless otherwise noted, docket references are to the docket sheet in the individual action.