UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| IN RE: AIR CRASH NEAR CLARENCE CENTER, NEW YORK, ON FEBRUARY 12, 2009, | **ORDER** 09-md-2085 |
| | This document relates to: 11-CV-105S |

      On September 21, 2012, Defendants Pinnacle Airlines Corp. and Colgan Air, Inc. filed a Motion to Vacate the Stay in this action to permit the completion of settlement and final dismissal of this individual action with prejudice. (Docket No. 147.[1]) Plaintiffs consent to the relief requested and the bankruptcy court has lifted the automatic stay based on the parties' stipulation. (<u>See</u> Declaration of David J. Harrington, Dock. No. 147-1, ¶¶ 7, 8, 10.)

      IT HEREBY IS ORDERED, that Defendants' Motion to Vacate the Stay (MDL Docket No. 1049; Civil Docket No. 147) is GRANTED.

      FURTHER, that this Court's Order staying this case (MDL Docket No. 983) is hereby vacated for the sole purpose of permitting the parties to complete settlement and final dismissal of this individual action with prejudice.

      FURTHER, that for all other purposes, this Court's Order staying this case remains in effect.

      SO ORDERED.

Dated:  September 26, 2012
          Buffalo, New York

                                              <u>/s/William M. Skretny</u>
                                              WILLIAM M. SKRETNY
                                                    Chief Judge
                                          United States District Court

---

[1] Unless otherwise noted, docket references are to the docket sheet in the individual action.